

ORIGINAL

FILED

04/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0181

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0181

DANNY LEE WARNER, JR.,

    Plaintiff and Appellant,

v.

STATE OF MONTANA and the DEPARTMENT
OF CORRECTIONS,

    Defendant and Appellee.

**FILED**

APR 2 4 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Pursuant to Appellant Danny Lee Warner Jr.'s motion for a 60-day extension to time to file the opening brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant is given an extension of time to and including June 24, 2024, to file the opening brief.

DATED this 24 day of April, 2024.

For the Court,

_____
Chief Justice